ROTH, Respondent, v. EIGHTH WARD BANK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Henry Roth against the Eighth Ward Bank and others. No opinion. Order affirmed, with $10 costs and disbursements.

RUDOLPH, Appellant, v. ACKERMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Henry Rudolph, Jr., against Mathilde Ackerman. No opinion. Motion to resettle order denied.

RUPPERT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Matthias Ruppert, administrator, etc., of Joseph Ruppert, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except GOODRICH, P. J., who dissents.

SANDER v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Frederick Sander against the New York & Harlem Railroad Company. No opinion. Motion denied, with $10 costs.

In re SARATOGA TRACTION CO. (Supreme Court, Appellate Division, Third Department. May 14, 1901.) In the matter of the application of the Saratoga Traction Company for the appointment of commissioners. No opinion. Motion granted.

In re SAUNDERS. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) In the matter of the application of W. L. Saunders for an order revoking and canceling liquor tax certificate No. 26,267, granted to Henry Garnsey. No opinion. Order affirmed, with costs.

SCHAUS, Respondent, v. GLOKNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by William Schaus against Edward Glokner. No opinion. Case settled by parties and stipulation filed.

SCHUYLKILL FIRE INS. CO. v. ROWELL. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by the Schuylkill Fire Insurance Company against Edward Rowell. No opinion. Motion granted, with $10 costs.

SCHWARZBART. Appellant, v. NEW YORK SUGAR REFINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Katharine Schwarzbart, as administratrix, of Joseph Schwarzbart, against the New York Sugar-Refining Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEAMAN, Appellant, v. CLARKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Albert W. Seaman, as trustee of the estate of Eliza Eagle, deceased, against Gilmore Clarke and Marshall Clarke, as executors of the last will and testament of David Clarke, deceased. No opinion. Motion for reargument denied. See 69 N. Y. Supp. 1002.

SEAMAN, Appellant, v. CLARKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Albert W. Seaman, as trustee of the estate of Eliza Eagle, deceased, against Gilmore Clarke and Marshall Clarke, as executors of the last will and testament of David Clarke, deceased. No opinion. Motion to resettle order denied.

SHERMAN v. TUCKER. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Charles A. Sherman against Charles A. Tucker, individually, etc. No opinion. Motion granted, with $10 costs.

SHIRDEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Emma M. Shirden against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

SHOTWELL v. DIXON et al. (Supreme Court. Appellate Division, Third Department. May 14, 1901.) Action by Samuel H. Shotwell against Baltie H. Dixon and others. No opinion. Motion denied, with $10 costs.

SICKLES, Appellant, v. KLING, Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Emmy Sickles against Abram Kling. No opinion. Motion for leave to appeal to the court of appeals granted.

SISTO v. STIMMEL. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Antonio Sisto against John Stimmel. No opinion. Motion denied, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) In the matter of the judicial settlement of the account of Annie Smith, as administratrix, etc., of Augustus Smith, deceased. No opinion. Decree of the surrogate's court of Kings county affirmed, without costs of this appeal.

SMITH, Respondent, v. LIDGERWOOD, MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Robert J. Smith against the Lidgerwood Manufacturing Company. No opinion. Order amended, so as to add to the condition for the new trial the payment of the costs of the appeal from the judgment to this court. See 69 N. Y. Supp. 975.